ROBERT P. HENK, ESQ., SBN 147490
Email:  henkleonard@aol.com
SHERI L. LEONARD, ESQ., SBN 173544
HENK LEONARD
A Professional Law Corporation
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:  916.787.4544
Facsimile:  916.787.4530

Attorneys for Plaintiff
TAYLOR LANCASTER


Phillip Chan (SBN 263907)
LOCKE LORD LLP
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:  916-930-2521
Fax:   916-266-0805

Siobhan Sweeney (Admitted *Pro Hac Vice*)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
Telephone:  617-239-0100
Fax:  888-325-9182

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR LANCASTER,<br><br>            Plaintiff,<br><br>      v.<br><br>PNC BANK, N.A. and DOES 1 through 5, inclusive,<br><br>            Defendants. | CASE NO. 2:15-CV-00394-WBS-KJN<br><br>STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL |

Stipulation and [Proposed] Order for
Request for Dismissal

1

IT IS HEREBY STIPULATED by and between the Plaintiff, Taylor Lancaster, and Defendant, PNC Bank, National Association, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(2), each party to bear their own fees and costs, and waiving all rights of appeal.

IT IS SO STIPULATED:

Dated: March 3, 2016                     HENK LEONARD
                                         A Professional Law Corporation


                                         By   */s/ Sheri L. Leonard*
                                              ROBERT P. HENK
                                              SHERI L. LEONARD
                                              Attorneys for Plaintiff
                                              TAYLOR LANCASTER



Dated: _____                   LOCKE LORD LLP


                                         By: */s/ Phillip Chan*
                                              PHILLIP CHAN

                                              -and-

                                              SIOBHAN SWEENEY (PHV)
                                              111 Huntington Avenue
                                              Boston, MA 02199
                                              (617) 517-5596
                                              Fax:  (888) 325-9182
                                              siobhan.sweeney@lockelord.com

                                              Attorneys for Defendant
                                              PNC BANK, N.A., correctly named
                                              PNC BANK, NATIONAL ASSOCIATION

Stipulation and [Proposed] Order for
Request for Dismissal

IT IS SO ORDERED.

Dated: March 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order for
Request for Dismissal

2